JJI: USAO 2022R00581
KOG 6/25/23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. 23-cr-00230 |
| v. | * |
| | * (Interstate or Foreign Communication |
| IGOR LIRA, | * Containing Threat to Injure, 18 U.S.C. |
| | * § 875(c); Forfeiture, 18 U.S.C. |
| Defendant | * § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 |
| | * U.S.C. § 2461(c)) |

*******

## INDICTMENT

## COUNT ONE
(Interstate or Foreign Communication Containing Threat to Injure)

The Grand Jury for the District of Maryland charges that:

On or about August 10, 2022, in the District of Maryland and elsewhere, the defendant,

### IGOR LIRA,

did knowingly and willfully transmit and cause to be transmitted in interstate and foreign commerce from outside the United States to the State of Maryland, a communication containing a threat to injure the person of another, to wit: an email to Victim 1, a Senior Investigator at the National Institutes of Health, an agency of the U.S. Department of Health and Human Services, stating: "You fucking animal abuser, I'll find and kill you, bitch. I'll drill your fucking brain off, and I'll film it, so everyone can watch. You don't deserve anything else. Your days are counted."

18 U.S.C. § 875(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

**IGOR LIRA,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                       Erek L. Barron
                                       United States Attorney

A TRUE BILL:

SIGNATURE REDACTED        7-6-23
Foreperson                          Date